**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PANAGIOTIS BELESSIS,

Plaintiff,

                                                               Case No.:10-cv-01849-PCF-KRS

vs.

I.C. SYSTEM, INC.,

Defendant.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE**

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.

Dated: January 10, 2011                    Respectfully submitted,

                                                    /s Andrew I. Glenn
                                                    Andrew I. Glenn
                                                    E-mail: AGlenn@cardandglenn.com
                                                    Florida Bar No.: 577261
                                                    J. Dennis Card, Jr.
                                                    E-mail:DCard@cardandglenn.com
                                                    Florida Bar No. 0487473
                                                    Card & Glenn, P.A.
                                                    2501 Hollywood Boulevard, Suite 100
                                                    Hollywood, Florida 33020
                                                    Telephone: (954) 921-9994
                                                    Facsimile:  (954) 921-9553
                                                    Attorneys for Plaintiff